## STATEMENT OF FACTS

On Tuesday, July 11, 2006, a confidential informant (CI) working with the Metropolitan Police Department's Narcotics Special Investigation Division arranged for an undercover officer (UC) to purchase approximately 500 grams of cocaine powder from defendant Juan Salazar. Salazar agreed to meet the CI and the UC at the McDonald's located at 2228 New York Avenue, N.E., Washington, D.C. At approximately 9:06 p.m. defendant Salazar and defendant Juan De La Rosa arrived at the McDonald's in a tan Lincoln Navigator bearing MD tag            that De La Rosa was driving. When the UC drove over to the McDonald's the defendants were exiting the McDonald's. The UC and Salazar walked over to the Navigator, while De La Rosa remained just outside the McDonald's looking around the parking lot and acting as a lookout. Defendant Salazar opened the passenger side door, reached over and placed a plastic bag containing a white powder substance on the seat. The UC looked at the white powder substance while sitting the truck, and then gave the signal for arrest teams to move in. Both defendants were stopped and placed under arrest. Officers recovered the plastic bag containing the white powder substance that the UC had been given. A portion of the white powder substance field tested positive for cocaine. Officers also recovered $40.00 in U.S. Currency and approximately 35 grams of a powder substance from the center console of the truck. A portion of the powder substance field tested positive for cocaine. Recovered from defendant De La Rosa was $1,500.00 in U.S. Currency.

On June 28, 2006, the UC had purchased approximately 250 grams of powder cocaine, which field tested positive for cocaine, from defendant Salazar at the same location.

---
DETECTIVE LAVINIA QUIGLEY
NARCOTICS SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JULY, 2006.

---
U.S. MAGISTRATE JUDGE

TOTAL P.02